# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2025

*The Court of Appeals hereby passes the following order*

## A25D0421. US INTL, LLC d/b/a URBAN SUBURBAN INT'L v. MONICA MCKELVY et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2023CV378307



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 24, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*